UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHENA HICKMAN, | |
| Plaintiff, | |
| -against- | 1:25-CV-10166 (LTS) |
| NEW YORK CITY POLICE DEPARTMENT - NYPD, | ORDER OF DISMISSAL |
| Defendant. | |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff Shena Hickman, who is appearing *pro se*, brings this civil action seeking damages and injunctive relief. The Court dismisses this civil action without prejudice for the following reason.

Plaintiff has previously submitted to this court a substantially similar complaint commencing a civil action against the defendant named in this civil action—the New York City Police Department. That other civil action is pending before the undersigned. *See Hickman v. N.Y.C. Police Dep't – NYPD*, 1:25-CV-10165 (LTS) (S.D.N.Y.). As this civil action asserts the same claims as raised in *Hickman*, 1:25-CV-10165 (LTS), no useful purpose would be served by litigating this duplicative civil action. The Court therefore dismisses this civil action without prejudice to *Hickman*, 1:25-CV-10165 (LTS).

## CONCLUSION

The Court dismisses this civil action without prejudice as duplicative of *Hickman v. N.Y.C. Police Dep't – NYPD*, 1:25-CV-10165 (LTS) (S.D.N.Y.). The Court therefore denies all pending motions, applications, and requests made in this action without prejudice. (ECF 2 & 5.)

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter a judgment dismissing this civil action without prejudice for the reason set forth in this Order.

SO ORDERED.

Dated:    January 6, 2026
          New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge