UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHENA HICKMAN,

                        Plaintiff,

            -against-                                    25-cv-10166 (LTS)

NEW YORK CITY POLICE DEPARTMENT                          CIVIL JUDGMENT
- NYPD,

                        Defendant.

For the reasons stated in the January 6, 2026, order, this action is dismissed

without prejudice as duplicative of *Hickman v. N.Y.C. Police Dep't – NYPD*, 1:25-CV-10165

(LTS) (S.D.N.Y.). The Court therefore denies all pending motions, applications, and requests

made in this action without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

  Dated:    January 8, 2026
            New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge